IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRUNSWICK GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-471 (JFF) |
| | ) |
| BOWLING SWITZERLAND, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arthur G. Connolly, III of Connolly Bove Lodge & Hutz LLP enters his appearance in the above-captioned civil action on behalf of Defendant Bowling Switzerland, Inc.

                                        CONNOLLY BOVE LODGE & HUTZ LLP

                                        /s/ Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)
                                        1007 N. Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE 19899
                                        (302) 658-9141
                                        Email: AConnollyIII@cblh.com

DATED: September 6, 2007