IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRUNSWICK GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-471 (JFF) |
| | ) |
| BOWLING SWITZERLAND, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Order of the Court, that the time within which defendant Bowling Switzerland, Inc. shall answer, move or otherwise respond to the Complaint is extended up to and including September 21, 2007.

| | |
|---|---|
| /s/ William Sullivan | /s/Arthur G. Connolly, III |
| William D. Sullivan (#2820) | Arthur G. Connolly, III (#2667) |
| WILLIAM D. SULLIVAN, LLC | CONNOLLY BOVE LODGE & HUTZ LLP |
| 4 East 8th Street, Suite 400 | 1007 N. Orange Street |
| Wilmington, DE 19801 | P.O. Box 2207 |
| (302) 428-8191 | Wilmington, DE 19899 |
| Email: bill@williamdsullivanllc.com | (302) 658-9141 |
| | Email: AConnollyIII@cblh.com |

DATED: September 13, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge