## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRUNSWICK GMBH,                )
                              )
      Plaintiff,          )
                              )
      v.                  )    Case No. 07-471 (JFF)
                              )
BOWLING SWITZERLAND, INC.,    )
                              )
      Defendant.          )

### <u>DEFENDANT'S MOTION TO DISMISS</u>

Defendant Bowling Switzerland, Inc., through its undersigned counsel, hereby moves to dismiss the Complaint (D.I. 1) on the grounds of forum non conveniens or, in the alternative, to stay proceedings pending resolution of a proceeding in Switzerland. The bases for this Motion are set forth in the accompanying Opening Brief in Support of Defendant Bowling Switzerland, Inc.'s Motion to Dismiss or, In the Alternative, to Stay Proceedings. Attached hereto are two forms of Order for the Court's consideration.

CONNOLLY BOVE LODGE & HUTZ LLP

  s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

*Attorneys for Bowling Switzerland, Inc.*

DATED:   September 28, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants list for this case. I further certify that on September 28, 2007, I caused a copy of the foregoing document to be served upon the following counsel in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19803
bill@williamdsullivanllc.com
zeke@williamdsullivanllc.com

**BY E-MAIL**

David J. Fischer, Esquire
David P. Vallas, Esquire
Wildman, Harrold, Allen & Dixon LLP
235 West Wacker Drive, Suite 3000
Chicago, IL 60606
fischer@wildman.com
vallas@wildman.com

                /s/ Arthur G. Connolly, III___
                Arthur G. Connolly, III (#2667)

#567346v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

BRUNSWICK GMBH,                    )
                                   )
    Plaintiff,                 )
                                   )
    v.                         )      Case No. 07-471 (JFF)
                                   )
BOWLING SWITZERLAND, INC.,         )
                                   )
    Defendant.                 )

## ORDER

After consideration of the respective positions of the parties,

IT IS HEREBY ORDERED this _____ day of _____, that Defendant

Bowling Switzerland, Inc.'s Motion to Dismiss is GRANTED, and that the Complaint (D.I. 1) is

hereby dismissed in its entirety and with prejudice.

_____
The Honorable Joseph F. Farnan
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

BRUNSWICK GMBH,          )
                                  )
        Plaintiff,        )
                                  )
         v.           )     Case No. 07-471 (JFF)
                                  )
BOWLING SWITZERLAND, INC.,  )
                                  )
        Defendant.     )

**<u>ORDER</u>**

After consideration of the respective positions of the parties,

IT IS HEREBY ORDERED this _____ day of _____, that Defendant

Bowling Switzerland, Inc.'s Motion to Stay Proceedings is GRANTED.

_____
The Honorable Joseph F. Farnan
United States District Court Judge