IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRUNSWICK GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-471 (JFF) |
| | ) |
| BOWLING SWITZERLAND, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Order of the Court, that the time within which defendant Bowling Switzerland, Inc. shall file its reply brief in support of its motion to dismiss or stay (D.I. 8) is extended up to and including November 2, 2007.

/s/ William Sullivan
William D. Sullivan (#2820)
WILLIAM D. SULLIVAN, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
(302) 428-8191
Email: bill@williamdsullivanllc.com

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com

DATED: October 26, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge