IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRUNSWICK GMBH,                          :
                                         :
      Plaintiff,                     :
                                         :
    v.                                 :    C.A. No. 07-471 JJF
                                         :
BOWLING SWITZERLAND, INC.,               :
                                         :
      Defendant.                     :

## ORDER

For the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (D.I. 8) is **GRANTED**.

July 18, 2008

_____
UNITED STATES DISTRICT JUDGE